UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LYNN HOGUE, JR., | No. C 09-3234 MHP (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SANTA CLARA COUNTY MAIN JAIL IN SAN JOSE "MEDICAL" ADULT CUSTODY HEALTH SERVICES, | |
| Defendant. | |

Jimmy Lynn Hogue, an inmate at the Santa Clara County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983 concerning conditions of confinement at the jail. The court reviewed the complaint, found that it failed to state a claim upon which relief may be granted against any defendant, and ordered Hogue to file an amended complaint by May 7, 2010. The deadline has long passed and Hogue did not file the required amended complaint. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The clerk shall close the file.

IT IS SO ORDERED.

Dated: July 28, 2010

_____
Marilyn Hall Patel
United States District Judge